UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Joseph Purrazzella, Esq.
PO Box 50
Toms River, NJ 08754
 (732) 341-2222   JP: 8706
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

Case No.: 18-31104

In Re:

Chapter 13

JAMES M. KUDRICK and
GLORIA KUDRICK,

Debtors

Hearing Date:  January 2, 2019@ 10:00 am
Judge: Honorable Christine M. Gravelle

---

## RESPONSE TO TRUSTEE'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

TO:     **ALBERT RUSSO, Chapter 13 Trustee**
 1AAA Drive, Suite 101
Robbinsville, NJ 08691

**Office of the US Trustee**
One Newark Center
Suite 2100
Newark, New Jersey 07102

**James M. Kudrick and Gloria C. Kudrick**
245 Cedar Grove Road
Toms River, New Jersey 08753

Please be advised that the undersigned represents the Debtors, James M. Kudrick and Gloria C. Kudrick in this captioned matter.

I am making this response to Trustee's Objection to Debtors' Chapter 13 Plan as follows:

1. **As to Paragraph 1** of Trustee's Objection, Debtors agree that disposable income is $1,747.16; however, Debtor has a pension loan with an approximate balance of $6,062.38 at the time of filing. Debtor is presently paying a payroll deduction of $873.96 per pay period toward this loan until February 2019. Debtor's disposable income on Form 122c, Paragraph 17 was calculated by dividing balance of pension loan by 60 (6062.38/60=101.04). Total of union dues of 70.32 plus 101.04 is reflected as 171.36 as involuntary deductions from payroll.

2. Schedule "I" of Debtor's Petition states the actual monthly deduction for payment of the pension loan (873.96 per pay period) to provide for an accurate present monthly income to expenses. With this in mind, Debtors' Chapter Plan calls for monthly payments in the amount of $650.00 per month for four months until the pension loan is paid in full and payments of $2,350 per month for the balance of the Plan (56 months). This provides for total plan payments equal to $1,747.00 X 60.

3. As to Paragraph 2 of Trustee's Objection, the value of Debtors' real estate pursuant to Current Market Analysis is $165,000 (see attached CMA as Exhibit "A"). As listed on Schedule "A" of Debtors' Petition, value of real estate, less costs is $148,500.00.

4. Debtors have two (2) mortgages with Bank of America, a first mortgage in the amount of $137,425.96 (see attached Mortgage Statement as Exhibit "B" and a second Mortgage with Bank of America in the amount of $24,831.66 (see attached Proof of Claim as Exhibit "C"). Total mortgage

amount of $162,247.62, leaving no non-exempt equity in the real estate.

Dated: December                              /s/Joseph Purrazzella, Esq.

# EXHIBIT "A"  - CURRENT MARKET ANALYSIS



**RIVIERA
REALTY, INC.**

222 OAK AVENUE, SUITE 3
TOMS RIVER, NJ 08753
BUS. (732) 341-6767
FAX (732) 341-9509
TomsRiver@RivieraRealty.com
www.RivieraRealty.com

Date :06/29/2017

fax is 732-341-0548

Joseph Purrazzella, Esq.
P. O. Box 50
Toms River, NJ 08754

RE: 245 Cedar Grove Road, Toms River, NJ ( Kudrick)

Dear Mr. Purrazzella,

At your request, I have made a careful study of the subject property,
a one family  residential  one  story  ranch
style home. The purpose of this study is to dertermine a realistic
estimated market value of the subject, title in fee simple and
presumed unencumbered, as of  06/29/2017 . This is merely an OPINION
OF VALUE and not to be construed as the equivalent of an appraisal
prepared by a New Jersey licensed or certified real estate appraiser.
I have no past, present or future contemplated interest in this property
or in the results of this report.


DESCRIPTION OF THE SUBJECT

ADDRESS:   245 Cedar Grove Road, Toms River, NJ
LEGAL ADDRESS:  block 693.20, lot 36
LOT SIZE:  1.017 acres
TAX ASSESSMENT: land $113,100., improvements $74,300. total $187,400.
ROOMS:  2 bedrooms, 1 bath, living kitchen
GARAGE:   none
BASEMENT:  yankee
SIDING:  asbestos
ROOF:  asphalt
AGE: built 1928
TAXES:   $4,098
UTILITIES:  gas, electric, city water, city sewer, cable and phone
HEAT:   gas forced warm air (NO CENTRAL AIR)
CONDITION: fair
OTHER: Ths home has 928 square feet of living space, older ktichen and bath.
located on a busy street, gravel driveway, NO CENTRAL AIR, laminate flooring
throughout.  There is an old above ground pool in the rear yard.

Each Office Is Independently Owned And Operated.



**COLDWELL BANKER**

**RIVIERA REALTY, INC.**

222 OAK AVENUE, SUITE 3
TOMS RIVER, NJ 08753
BUS (732) 341-6767
FAX (732) 341-9509
TomsRiver@RivieraRealty.com
www.RivieraRealty.com

| Address | Sale Price | Garage | Basement | Sq Feet | Closing date | Condition |
|---|---|---|---|---|---|---|
| 14 Martin Rd. | $163,000. | no | yes | 728 | 1/31/17 | very good |
| 2412 7th Ave. | $167,500. | no | no | 975 | 4/12/17 | excellent |
| 1398 Mountainview Dr. | $160,000. | no | no | 1386 | 4/10/17 | " |

Detailed copies of comparble sales are enclosed for your review.

VALUATION: Based on a careful __interior & exterior__ inspection of the proerty and a gathering of data from various sources including the MONMOUTH/OCEAN County MULTIPLE LISITNG SYSTEM DATA BANKS, in my opinion, the property has a market value on __June 29, 2018f__ One hundred __sixty five thousand dollars.__

$165,000.00

Respectfully submitted,

Irene L. Muller
Broker-Realtor Associate

☎ Each Office Is Independently Owned And Operated. ⌂

**21611253  Residential**        **14 Martin Rd, Toms River, NJ 08753**        LP:$180,000 Private Copy



| | | |
|---|---|---|
| **Status:** | Closed  01/31/2017 | **List Price:** $180,000 |
| **Property Sub-Type:** | Single Family | **Original List Price:** $200,000 |
| **Sub-Type:** | Detached | **Apx Year Built:** 1960 |
| **Minimum Age:** | 0 | **Apx SqFt:** 7-8 |
| **County:** | Ocean | **Basement:** Yes |
| **Municipality:** | Toms River Twp (TOM) | **Rooms:** 5 |
| **Area/Section:** | Giford Park | **Bedrooms:** 2 |
| **Complex/Subdivision:** | None | **Baths:** 1 / 0 |
| **Tax ID#:** | 08-00794-02-00025 | **FP / #:** / |
| **Apx Lot Dimensions:** | 120 x 120 | **Garage / #:** No / 0 |
| **Acreage:** | 0.33 | **Waterfront:** No |
| **Elementary School:** | | **Waterview:** No |
| **Middle School:** | | **Handicap Access:** |
| **High School:** | | **Linked Listing:** |
| **Other Elementary:** | | **Directions:** Rte 37 East to right on |
| **Other High:** | | Martin Rd to house on right |
| **Style:** | Ranch | |
| **Model:** | | |
| **Zoning:** | Residential | |

INVESTMENT OPPORTUNITY ! Possible subdivision or expansion ! According to Toms River Zoning, minimum lot width is 40' and minimum depth is 100' for this parcel, which is 120'x 120'. The existing sturdy home sits on the left hand portion of the lot and can be occupied. The Roof, Windows and Furnace have been updated. Plus there is a basement with laundry area. Come take a look. With a little effort, this property could be the right one for you.

| | | | | |
|---|---|---|---|---|
| **Tax Year:** | 2015 | **Asmnt - Land:** | 68,300 | **New Construction:** | **Deed Restricted:** |
| **Taxes:** | 2,298 | **Asmnt - Improvements:** 48,200 | **Farm:** | **Farm Assessed:** |
| **Special Assessment:** | | **Asmnt - Total:** | 116,500 | **Assessment Status:** Assessed |

| | | | |
|---|---|---|---|
| **Assn Fee:** | **Management Type:** | **Fee Includes:** | **App Escrow Required:** |
| **Assn Fee Paid:** | **Common Elements:** | | **Management Phone:** |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| Living Room | 1 | 22x10'2" | Bedroom | 1 | 11'x11' | | | | **# Basement - Baths:** |
| Kitchen | 1 | 18'x11'6" | Bedroom | 1 | 10'x8'3" | | | | **# Level 1 - Baths:** 1 |
| | | | Bath - Full | 1 | 7'x5' | | | | **# Level 2 - Baths:** |
| | | | | | | | | | **# Level 3 - Baths:** |

| | | | | | |
|---|---|---|---|---|---|
| **Ownership Type:** | Fee Simple | **Financing:** | | **Pool:** | |
| **Master Bath:** | | **Heat Fuel:** | Natural Gas | **Roof:** | Shingled |
| **Basement:** | Bilco Style Doors; Partial | **Interior:** | Attic - Other; Attic - Pull Down Stairs | **Siding:** | Vinyl |
| **Dining Room:** | | | | **Special Needs:** | |
| **Exterior:** | Deck | **Kitchen:** | Eat-In; Floor - Laminate | **Style:** | Ranch |
| **Floors:** | Laminate; Tile; W/W Carpet | **Level; Other - See Remarks** | | **Water Heater:** | Natural Gas |
| **Foyer:** | | **Living Room:** | Floor - W/W Carpet | **Water/Sewer:** | Public Sewer; Public Water |
| **Great/Family Room:** | | **Master Bedroom:** | Floor - W/W Carpet | | |
| **Heat/AC:** | Forced Hot Air | **Out Buildings:** | | | |
| | | **Parking:** | Driveway; Stone/Gravel | | |
| **Included:** Gas Cooking; Refrigerator; Whole House Fan | | | | | |

| | | | |
|---|---|---|---|
| **Days On Market:** 237 | | | |
| **Listing Office:** (201)Weichert Realtors-Normandy Bch | **Office:** 732-793-6484  **Cell:** 732-801-7764 | **Owner Name/Phone:** Estate of Shirley S Infeld | **LD:** EX03/24/2016 |
| **Listing Member:** (12041)Marilyn N Finta | | **Seller Discl:** Document Link | **Short Sale:** No |
| | | **Owner:** Estate | |
| | | **Possession:** At Closing | |
| | | **Add'l Showing Inst:** Call Marilyn for availability and assistance 732-801-7764 | |

| | | | |
|---|---|---|---|
| **Agcy.SDTyp:** Exclusive Right To Sell | **LBox:** Yes | **VRC:** No | |
| **SAC:** 0%   **BAC:** 2.5% | | **DDAC:** 2.5%  **TBC:** 2.5% | |
| **Fees:** $100 | | | |

**Showing:** Lockbox - Monmouth; Sign; Vacant
**Agent Notes:** Vacant, but call listing agent for availability. Keys for back door. Please do not use front door and do not turn on Attic Fan. Sprinkler system is "as is" Thank you Survey now attached as document and shows existing house plus a proposed addition in dotted lines which never was done. Existing house well within setbacks for one 60 x 120 lot allowing for subdivision of another 60 x 120 lot

| | | | | |
|---|---|---|---|---|
| **Sold Price:** | 163,000 | **Sold Terms:** | FHA | **Selling Office:** | Coldwell Banker Flanagan Realty |
| **Sold Date:** | 01/31/2017 | | | **Selling Member:** | Douglas Tortorell35005 |
| **Under Contract Date:** | 11/16/2016 | | | | |
| **Projected Close Date:** | 01/31/2017 | | | | |

**21700555   Residential          1398 Mountainview Dr, Toms River, NJ 08753**          LP:$160,000 Private Copy



| | | | |
|---|---|---|---|
| Status: | Closed 04/10/2017 | List Price: | $160,000 |
| Property Sub-Type: | Single Family | Original List Price: | $160,000 |
| Sub-Type: | Detached | Apx Year Built: | 1965 |
| Minimum Age: | 0 | Apx SqFt: | 1,386 |
| County: | Ocean | Basement: | No |
| Municipality: | Toms River Twp (TOM) | Rooms: | 6 |
| Area/Section: | Toms River | Bedrooms: | 2 |
| Complex/Subdivision: | None | Baths: | 1 / 0 |
| Tax ID#: | 08-00394-02-00009 | FP / #: | No / |
| Apx Lot Dimensions: | 100 x 110 | Garage / #: | No / 0 |
| Acreage: | | Waterfront: | No |
| Elementary School: | | Waterview: | No |
| Middle School: | | Handicap Access: | No |
| High School: | | Linked Listing: | |
| Other Elementary: | | Directions: From the intersection at |
| Other High: | | Hooper Ave and Indian Hill Rd. Turn |
| Style: | Other - See Remarks | right onto the north half of Indian Hill |
| Model: | RANCH | Rd. Turn left onto Mountainview Dr. |
| Zoning: | Residential | Property will be on the right corner. |

Lovely ranch on a large corner lot with great potential. Come make this great home yours. Purchase of this property will be by cash at closing or on terms acceptable to the Seller. Buyer is responsible for all inspections, utilities and certifications. The Seller must comply with HUD Guidelines 24 CRF 206.125 and property is sold "as is."

| | | | | | |
|---|---|---|---|---|---|
| Tax Year: | 2015 | Asmnt - Land: | 111,300 | New Construction: No | Deed Restricted:No |
| Taxes: | 4,380 | Asmnt - Improvements:87,600 | | Farm: No | Farm Assessed: No |
| Special Assessment:No | | Asmnt - Total: | 198,900 | Assessment Status:Assessed | |

| | | | | |
|---|---|---|---|---|
| Assn Fee: | | Management Type: | | App Escrow Required:No |
| Assn Fee Paid: | None | Common Elements: | Fee Includes: | Management Phone: |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | # Basement - Baths: |
| | | | | | | | | | # Level 1 - Baths:   1 |
| | | | | | | | | | # Level 2 - Baths: |
| | | | | | | | | | # Level 3 - Baths: |

| | | | | | |
|---|---|---|---|---|---|
| Ownership Type: | Fee Simple | Financing: | Cash | Pool: | |
| Master Bath: | | Heat Fuel: | Natural Gas | Roof: | Shingled |
| Basement: | Crawl Space | Interior: | Bonus Room | Siding: | |
| Dining Room: | | Kitchen: | | Special Needs: | |
| Exterior: | Porch - Open | Lot Description: | Corner | Style: | Other - See Remarks |
| Floors: | | Living Room: | | Water Heater: | Natural Gas |
| Foyer: | | Master Bedroom: | | Water/Sewer: | Public Sewer; Public Water |
| Great/Family Room: | | Out Buildings: | | | |
| Heat/AC: | Forced Hot Air | Parking: | Driveway; Off Street | | |

| | | | | |
|---|---|---|---|---|
| Days On Market:49 | | Office:732-557-0971 | Owner Name/Phone:Fannie Mae | LD-EXO1/05/2017 |
| Listing Office:2180Berkshire Hathaway HomeServices Healy Realtors | | Cel: 848-992-2255 | Seller Disc:None | Short Sale: No |
| Listing Member:19784Sandra Healy | | | Owner:Government | Financing:Cash |
| | | | Possession:At Closing | |
| | | | Add'l Showing Inst:Call 1-800-SHOWING for access | |

Agency:SDTyp: Exclusive Right To Sell   LBox: Yes  VRC: No
SAC: 0%   BAC: 3%                        DDAC: 3%  TBC: 2.5%
Fees: 0

Showing:Appointment Required; Lockbox - Combo; Sign; Vacant; Showing Time
Agent Notes:The Seller must comply with HUD Guidelines 24 CRF 206.125, only offers at lst price will can be accepted. Property is sold "as is". Buyer is responsible for all utilities, inspections and certifications. Seller will not turn on any utilities at all, please make this clear to your purchaser.
Agent Notes Cont'd:NJ Contract must state the following verbiage, 'Pursuant to section 28 of the real estate purchase addendum, this document is subject to all terms and conditions set forth in the real estate purchase addendum."

| | | | | | |
|---|---|---|---|---|---|
| Sold Price: | 160,000 | Sold Terms: | Conventional | Selling Office: | Exit Realty Elite |
| Sold Date: | 04/10/2017 | Financing: | Cash | Selling Member: | Karinn Van Pelt15545 |
| Under Contract Date: | 02/23/2017 | | | | |
| Projected Close Date: | 04/10/2018 | | | | |

Information is deemed to be reliable, but is not guaranteed. © 2017 MLS and FBS. Prepared by Irene Muller on Thursday, June 29, 2017 2:42 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**21646952  Residential**          **2412 7th Ave, Toms River, NJ 08753**          LP:$155,000 Private Copy


©2017 Monmouth Ocean MLS

| | |
|---|---|
| **Status:** Closed  04/12/2017 | **List Price:** $155,000 |
| **Property Sub-Type:** Single Family | **Original List Price:** $165,000 |
| **Sub-Type:** Detached | **Apx Year Built:** 1952 |
| **Minimum Age:** 0 | **Apx SqFt:** 975 |
| **County:** Ocean | **Basement:** No |
| **Municipality:** Toms River Twp (TOM) | **Rooms:** 5 |
| **Area/Section:** Toms River | **Bedrooms:** 2 |
| **Complex/Subdivision:** Windsor Park | **Baths:** 1/0 |
| **Tax ID#:** 08-01081-09-00003 | **FP / #:** / |
| **Apx Lot Dimensions:** 80 x 48 | **Garage / #:** No / 0 |
| **Acreage:** | **Waterfront:** No |
| **Elementary School:** East Dover | **Waterview:** No |
| **Middle School:** TR Intr East | **Handicap Access:** |
| **High School:** Toms River East | **Linked Listing:** |
| **Other Elementary:** | **Directions:** South on Fischer Blvd to L |
| **Other High:** | on Windsor to L on Coolidge to L to |
| **Style:** Ranch | street |
| **Model:** | |
| **Zoning:** Residential | |

Perfect home for the first time home buyer or investor looking for rental income. Newer roof, Kitchen and bath completely renovated, newer floors. Great home for rental income. Close to all beaches and shopping. Featured Listing.

| | | | |
|---|---|---|---|
| **Tax Year:** 2015 | **Asmnt - Land:** 87,000 | **New Construction:** No | **Deed Restricted:** |
| **Taxes:** 3,224 | **Asmnt - Improvements:** 60,400 | **Farm:** | **Farm Assessed:** |
| **Special Assessment:** | **Asmnt - Total:** 147,400 | **Assessment Status:** Assessed | |

| | | | |
|---|---|---|---|
| **Assn Fee:** | **Management Type:** | **Fee Includes:** | **App Escrow Required:** |
| **Assn Fee Paid:** | **Common Elements:** | | **Management Phone:** |

| Room Name | Level | Dimensions | Room Name | Level | Dimensions | Room Name | Level | Dimensions | |
|---|---|---|---|---|---|---|---|---|---|
| Eat-In-Kitchen | 1 | | Master Bedroom | 1 | | Bonus Room | 1 | | # Basement - Baths: |
| Family Room | 1 | | Bedroom | 1 | | | | | # Level 1 - Baths: |
| | | | Bedroom | 1 | | | | | # Level 2 - Baths: |
| | | | Bath - Full | 1 | | | | | # Level 3 - Baths: |

| | | | |
|---|---|---|---|
| **Ownership Type:** Fee Simple | **Financing:** Cash; Conventional; FHA; VA Loan | **Pool:** | |
| **Master Bath:** Floor - Ceramic; Shower Stall; Tub | **Heat Fuel:** Natural Gas | **Roof:** Shingled | |
| **Basement:** None | **Interior:** Attic - Pull Down Stairs | **Siding:** Vinyl | |
| **Dining Room:** | **Kitchen:** Eat-In; Floor - Laminate | **Special Needs:** | |
| **Exterior:** Fence; Patio | **Lot Description:** Back to Woods | **Style:** Ranch | |
| **Floors:** Ceramic; Laminate | **Living Room:** Floor - Laminate | **Water Heater:** Natural Gas | |
| **Foyer:** | **Master Bedroom:** Floor - Laminate | **Water/Sewer:** Public Sewer; Public Water | |
| **Great/Family Room:** | **Out Buildings:** | | |
| **Heat/AC:** AC Units; Forced Hot Air | **Parking:** Driveway | | |

**Included:** Dishwasher; Dryer; Gas Cooking; Refrigerator; Stove; Washer; Window Treatments
**Excluded:** seller's personal property

| | | | |
|---|---|---|---|
| **Days On Market:** 53 | **Office:** 732-830-1535 | **Owner Name/Phone:** Cardoso | **LD-EX:** 12/30/2016 |
| **Listing Office:** 3257 Keller Williams Shore Properties | **Cell:** 908-591-5947 0 | Celestino | |
| **Listing Member:** 307226 Erwin S Ruenup | **Co-Listing Office:** 732-797-9001 | **Seller Disc:** Document Link | **Financing:** Cash; Conventional; FHA; VA Loan |
| **Co-listing Office:** 3099 Keller Williams Shore Properties | **CLM Cell:** 732-674-9713 | **Owner:** Individual(s) | |
| **Co-listing Member:** 21244 Gerald L Curci | | **Possession:** At Closing | |
| **Agency:** SD | **Typ:** Exclusive Right To Sell | **LBox:** No | **VRC:** No | |
| **SAC:** 0%   **BAC:** 2.5% | | **DDAC:** 0%  **TBO:** 2.5% | |
| **Fees:** 175 | | | |

**Showing:** Appointment Required; Call Agent; Sign; Text Agent
**Agent Notes:** Tenant occupied. Please call agent 24 hrs in advance for appointment. Per tenants request, no showings after 6pm. Easy to show. Tenant home most of the time. 1/30/17 Now vacant - Tenant has vacated home. Please call for LB combo.

| | | | |
|---|---|---|---|
| **Sold Price:** 167,500 | **Sold Terms:** VA | **Selling Office:** RE/MAX New Beginnings Realty | |
| **Sold Date:** 04/12/2017 | **Financing:** Cash; Conventional; FHA; VA Loan | **Selling Member:** Grace Talarico 33450 | |
| **Under Contract Date:** 02/21/2017 | | | |

**Be**

**Seen**

**Here!**

**Tax Records.com**

☎ Toll Free: (888) 546-4466

**Be**

**Seen**

**Here!**

(082 1508/small/1508_082.pdf)

LOCATION : 1508
BLOCK    : 693.20
LOT      : 36
          +
          +

**PROPERTY INFORMATION**
245 Cedar Grove Road                  (245cedargroveroad)
Toms River Township, NJ

Dimensions   : 1   X   0
Coordinants  : 0.00   /  0.00
Land Ass.    :       113,100.00
Build Ass.   :        74,300.00
Total Ass.   :       187,400.00
Class        : 2
Map          : 82
Tax          : 4,098.44
VCS          :
Taxmap       : 82
Qualifier    :
Update       : 09/07/2016

Description: 1.017ac              : 1f0923
            :
Zoning/Type: /120 /
Acreage   :      1.017

**OWNER INFORMATION**
Owner    : James & Gloria C Kudrick
Address  : 245 Cedar Grove Road
City, ST Zip: Toms River              , NJ 08753

**PRIOR ASSESSMENT**

| YEAR | LAND | BUILDING | TOTAL |
|------|------|----------|-------|
| 2015 | 113,100.00 | 74,300.00 | 187,400.00 |
| 2014 | 113,100.00 | 74,300.00 | 187,400.00 |
| 2013 | 113,100.00 | 74,300.00 | 187,400.00 |

| | | |
|---|---|---|
| 2012 | 183,500.00 | 77,000.00 | 260,500.00 |
| 2011 | 183,500.00 | 77,000.00 | 260,500.00 |
| 2010 | 183,500.00 | 77,000.00 | 260,500.00 |
| 2009 | 183,500.00 | 77,000.00 | 260,500.00 |
| 2008 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2007 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2006 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2005 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2004 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2003 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2002 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2001 | 55,400.00 | 21,900.00 | 77,300.00 |
| 2000 | 55,400.00 | 21,900.00 | 77,300.00 |
| 1999 | 55,400.00 | 21,900.00 | 77,300.00 |

**TAXMAP**

| Map | Type | Description |
|---|---|---|
| | pdf | PDF viewer that can be dowloaded from Adobe |
| Lite | tif | TIF image viewer that can be dowloaded from CartesianInc.com |
| PNG | png | PNG image should be viewable in all browsers |
| L R C | png | PNG 'sliced' images (Left, Right, Center) |

**LAST SALE INFORMATION**
Last Sale  : 1.00   on October 1, 2004
Book/Page  : 12375 / 393

## PRIOR SALE INFORMATION

| 11/15/2002 | 11/26/1997 | **/**/**** | **/**/**** |
|---|---|---|---|
| 30,000.00 | 62,500.00 | 0.00 | 0.00 |

| Deed | Recorded | Book | Page | Sq.Ft. | Code | Amount |
|---|---|---|---|---|---|---|
| 11/15/2002 | 11/21/2002 | 11096 | 377 | 923 | * | 30,000.00 |

| GRANTOR (SELLER) | GRANTEE (BUYER) |
|---|---|
| Hosking, Joseph A & Gloria C<br>1089 42nd St<br>Des Moines, IA 53011 | Kudrick, Gloria C<br>245 Cedar Grove Road<br>Toms River, NJ 08753 |

| Deed | Recorded | Book | Page | Sq.Ft. | Code | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| 10/01/2004 | 12/10/2004 | 12375 | 393 | 923 | E | | 1.00 |
|---|---|---|---|---|---|---|---|

| GRANTOR (SELLER) | GRANTEE (BUYER) |
|---|---|
| Kudrick, Gloria C<br>245 Cedar Grove Rd<br>Toms River, NJ 08753 | Kudrick, James & Gloria C<br>245 Cedar Grove Road<br>Toms River, NJ 08753 |

## Property Details

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 1 | CTY/DST NO. | 1508 | 51.1 | MISCELL. | |
| 2 | BLOCK NO. | 00693 20 | 51.2 | MISCELL. | |
| 3 | LOT NO. | 00036 | 51.3 | MISCELL. | |
| 4 | QUAL CODE | | 51.4 | MISCELL. | |
| 5 | PROPERTY LOC | 245 CEDAR GROVE ROAD | 51.5 | MISCELL. | |
| 6 | OWNER NAME | HOSKING, JOSEPH & GLORIA | 52 | VIEW | Typical (01) |
| 7 | STREET ADDR | 245 CEDAR GROVE RD | 53 | NEIGHBORHD | Typical (01) |
| 8 | CITY, STATE | TOMS RIVER, NJ | 54 | ROAD | Paved (01) |
| 9 | ZIP CODE | 087534346 | 55 | CURBING | (02) |
| 10 | PROP CLASS | 2 | 56 | SIDEWALK | (02) |
| 11 | ACREAGE | 1.1 | 57.1 | UTILITIES | |
| 12 | | | 57.2 | UTILITIES | |
| 13 | ADDL LOTS | | 57.3 | UTILITIES | |
| 14 | ZONING | 120 | 58 | | |
| 15 | TAX MAP | 82 | 59 | | |
| 16 | | | 60 | | |
| 17 | SALES DATE | 11/26/97 | 61 | | |
| 18 | SALES PRICE | 62500 | 62 | | |
| 19 | | | 63 | | |
| 20 | | | 64.1 | ATT. ITEMS | Open Porch (05) |
| 21.1 | | | 64.2 | ATT. ITEMS | Wood Deck (01) |
| 21.2 | | | 64.3 | ATT. ITEMS | (01) |
| 22 | | | 64.4 | ATT. ITEMS | (01) |
| 23 | LAND VALUE | 55400 | 64.5 | ATT. ITEMS | (01) |
| 24 | IMPR VALUE | 21900 | 65.1 | DET. ITEMS | Ground Deck (29) |
| 25 | NET VALUE | 77300 | 65.2 | DET. ITEMS | Boat Moorage (22) |
| 26 | | | 65.3 | DET. ITEMS | (22) |
| 27 | | | 65.4 | DET. ITEMS | (22) |
| 28 | | | 65.5 | DET. ITEMS | (22) |
| 29 | | 0 | 66 | NO. ROOMS | 5 |
| 30 | | | 67 | NO. BEDRMS | 2 |
| | | | | NO. BATHS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | | | 68 | | | 1.0 |
| 32 | | | 69 | BASEMT AREA | | 725 |
| 33 | | | 70 | 1ST FLR AREA | | 923 |
| 34 | V.C.S. | 1101 | 71 | UPR FLR AREA | | 0 |
| 35 | YEAR BUILT | 1928 | 72 | HLF STY AREA | | 0 |
| 36 | BLDG CLASS | | 73 | ATTIC AREA | | 725 |
| 37 | TYPE & USE | Single Family (10) | 74 | FIN. BASEMT | | 0 |
| 38 | NO. UNITS | 00 | 75 | FIN. ATTIC | | 0 |
| 39 | DESIGN | Cape Cod (05) | 76 | UNFIN AREA | | 0 |
| 40 | NO. STORIES | 1 Story w/Attic (02) | 77 | S.F.L.A. | | 923 |
| 41 | ROOF TYPE | Gable (02) | 78 | FACING AREA | | |
| 42 | ROOF MATER. | Asphalt Shingle (04) | 79 | SLAB AREA | | |
| 43 | FOUNDATION | Block/Concrete (02) | 80 | | | |
| 44.1 | EXT. FINISH | Asbestos (04) | 81 | | | |
| 44.2 | EXT. FINISH | (04) | 82 | | | |
| 45 | HEAT SOURCE | Oil (03) | 83 | | | |
| 46 | HEAT SYSTEM | Forced Air (03) | 84 | | | |
| 47 | AIR COND. | None (90) | 85 | | | |
| 48.1 | FIREPLACE | None (90) | 86 | | | |
| 48.2 | FIREPLACE | (90) | 87 | | | |
| 49 | NO. FIREPL. | 0 | 88 | FRONT FEET | | 102 |
| 50.1 | OTH. PLUMB | 00 | 89 | LAND DESC. | | 1.017AC |
| 50.2 | OTH. PLUMB | 00 | 90 | | | |
| | | | 91 | | | |

web server stats

# EXHIBIT "B"  - MORTGAGE STATEMENT

# Bank of America

PO Box 31785
Tampa, FL 33631-3785

**Customer service information**

�})) Customer service: 800.669.6607

TDD/TTY users only: 800.300.6407

En Español: 800.295.0025

bankofamerica.com

JAMES KUDRICK
245 CEDAR GROVE RD
TOMS RIVER NJ 08753-4346

| | |
|---|---|
| Account number | |
| Payment due date | 09/01/18 |

## Total amount due $7,475.47
If payment is received after 09/17/18, $51.64 late fee will be charged.*

## Your Home Loan Account
Statement date: August 16, 2018

Your mortgage payments are late. If you don't bring your loan current, it may result in fees and foreclosure (the loss of your home). If you're experiencing financial difficulty, please refer to the **Additional** contact information section of your statement for information about mortgage counseling or assistance.

## Account information

| | |
|---|---|
| Property address | 245 CEDAR GROVE RD |
| Loan type | 30 Yr Conventional |
| Contractual remaining term | 17 Years, 10 Months |
| Principal balance | $137,425.96 |
| Escrow balance | -$215.20 |
| Interest rate | 5.750% |
| Prepayment penalty | No |

## Past payments breakdown

| | Paid since last statement | Paid year to date* |
|---|---|---|
| Principal | $0.00 | $1,896.40 |
| Interest | $0.00 | $3,319.84 |
| Escrow (taxes and insurance) | $0.00 | $2,155.95 |
| Fees, charges, and advances | $0.00 | $127.28 |
| **Total** | **$0.00** | **$7,499.47** |

## Explanation of total amount due

| | |
|---|---|
| Principal | $381.65 |
| Interest | $651.27 |
| Escrow (taxes and insurance) | $431.19 |
| **Regular monthly payment** | **$1,464.11** |
| Current period fees and charges | $0.00 |
| Overdue payments, fees, and charges* | $6,011.36 |
| **Total amount due** | **$7,475.47** |

*Please see the 'Other important information' section of the statement.

## Transaction activity (07/17/18 to 08/16/18)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/31/18 | CITY TAX PMT | | -$1,116.91 |



**Bank of America**

PO Box 31785
Tampa, FL 33631-3785

**Customer service Information**

| | |
|---|---|
| Customer service: | 800.669.5864 |
| TDD/TTY users only: | 800.300.6407 |
| En Español: | 800.295.0025 |
| bankofamerica.com | |

EM 1          579 289 239 002314 #001 AB 0.408

JAMES KUDRICK
245 CEDAR GROVE RD
TOMS RIVER NJ 08753-4346

## Home Equity Line of Credit Account

Billing cycle 07/01/2018 - 07/31/2018          Account number: XXXXXXXXX

This Statement includes a Past-Due Amount: Please send a payment immediately. Access to your credit line may be affected while the past-due amount remains outstanding. If you have already sent a payment, please accept our thanks, and disregard this notice.

### Account summary

| | |
|---|---|
| Property address | 245 CEDAR GROVE RD |
| Credit limit | $45,400.00 |
| Average daily balance | $24,391.96 |
| Corresponding ANNUAL PERCENTAGE RATE | 5.5000% |
| Daily periodic rate | 0.015007% |
| Historical ANNUAL PERCENTAGE RATE | 5.5000% |
| Days in cycle | 31 |
| FINANCE CHARGE | $113.94 |
| Other fees and charges for the billing cycle* | $0.00 |

*For more information, please see the Other Important Information section of this statement.

### Payment details

| | |
|---|---|
| Periodic FINANCE CHARGE | $113.94 |
| Principal payment due | $251.46 |
| Past due amount | $1,122.70 |
| **Minimum payment due 08/28/2018** | **$1,488.10** |

---

1 3 3 2 9 7 9 5 3 1 0 0 0 0 0 1 4 8 8 1 0 0 0 0 0 0 0 0 0 0

Account Number:          XXXXXXXXX

**Minimum payment due 08/28/18          $1,488.10**
*A late charge may be assessed 15 days from payment due date.*

BANK OF AMERICA, N.A.
PO BOX 15227
WILMINGTON, DE 19886-5227

| | |
|---|---|
| Additional principal | $ |
| Payment enclosed | $ |

JAMES KUDRICK
Property address:
245 CEDAR GROVE RD
TOMS RIVER, NJ 08753

⑆5869900 58⑈ 133297953⑈

# EXHIBIT "C"  - PROOF OF CLAIM

# SECOND MORTGAGE WITH BANK OF AMERICA

| Debtor 1 | James M Kudrick |
| Debtor 2 (Spouse, if filing) | Gloria C Kudrick |
| United States Bankruptcy Court for the: | ALL        District of NEW JERSEY (State) |
| Case number | 18-31104 |

*(handwritten: 2 4 (P3) 1,500.10 arrears)*

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

BANK OF AMERICA, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Bank of America
Name

PO BOX 31785
Number     Street

Tampa          FL          33631-3785
City            State        ZIP Code

Contact phone   1-800-669-6607

Contact email

**Where should payments to the creditor be sent? (if different)**

Bank of America, N.A.
Name

P.O. BOX 660933
Number     Street

Dallas          TX          75266-0933
City            State        ZIP Code

Contact phone   1-800-669-6607

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

---

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __7__ __9__ __5__ __3__ |

| | |
|---|---|
| 7. How much is the claim? | $ 24831.66 . **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Recorded Mortgage |

| | |
|---|---|
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe:  245 CEDAR GROVE RD TOMS RIVER, NJ 08753<br><br>**Basis for perfection:**  Recorded Mortgage<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**  $<br>**Amount of the claim that is secured:**  $ 24831.66<br><br>**Amount of the claim that is unsecured:** $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $ 1500.40<br><br>**Annual Interest Rate (when case was filed)** 5.75 %<br>☐ Fixed<br>☑ Variable |

| | |
|---|---|
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ |

| | |
|---|---|
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. *Check one:* | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  __11/28/2018__
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name      Tabitha Brown - Jacobs
          First name        Middle name        Last name

Title     Assistant Vice President

Company   Bank of America, N.A.
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   4200 Amon Carter Blvd
          Number     Street

          Fort Worth, TX 76155
          City                    State     ZIP Code

Contact phone  _____     Email  _____

# Mortgage Proof of Claim Attachment

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 18-31104 |
| Debtor 1: | James M Kudrick |
| Debtor 2: | Gloria C Kudrick |
| Last 4 digits to identify: | 7 9 5 3 |
| Creditor: | BANK OF AMERICA N.A. |
| Servicer: | BANK OF AMERICA N.A. |
| Fixed accrual/daily simple interest/other: | Other |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | 24140.50 |
| Interest due: | 637.69 |
| Fees, costs due: | 53.47 |
| Escrow deficiency for funds advanced: | 0.00 |
| Less total funds on hand: | — 0.00 |
| Total debt: | 24831.66 |

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | 1446.93 |
| Prepetition fees due: | 53.47 |
| Escrow deficiency for funds advanced: | 0.00 |
| Projected escrow shortage: | 0.00 |
| Less funds on hand: | — 0.00 |
| Total prepetition arrearage: | 1500.40 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | 360.59 |
| Monthly escrow: | 0.00 |
| Private mortgage insurance: | 0.00 |
| Total monthly payment | 360.59 |

## Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount Incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2018 | 360.62 | | | Monthly Assessment | | 360.62 | 0 | 0 | 0 | 0 | 0 | 25146.34 | 0 | 0.00 | 0 | 0 |
| 03/06/2018 | | 109.16 | | Misc Payment | | 251.46 | 0 | 109.16 | 0 | 0 | 0 | 25146.34 | 0 | 0.00 | 0 | 0 |
| 03/06/2018 | | 251.46 | | Monthly Payment | 03/26/2018 | 0 | 251.46 | 0 | 0 | 0 | 0 | 24894.88 | 0 | 0.00 | 0 | 0 |
| 03/06/2018 | | 0.38 | | Misc Payment | | -0.38 | 0 | 0.38 | 0 | 0 | 0 | 24894.88 | 0 | 0.00 | 0 | 0 |
| 03/26/2018 | 347.91 | | | Monthly Assessment | | 347.53 | 0 | 0 | 0 | 0 | 0 | 24894.88 | 0 | 0.00 | 0 | 0 |
| 04/04/2018 | | 96.07 | | Misc Payment | | 251.46 | 0 | 96.07 | 0 | 0 | 0 | 24894.88 | 0 | 0.00 | 0 | 0 |
| 04/04/2018 | | 251.46 | | Monthly Payment | 04/26/2018 | 0 | 251.46 | 0 | 0 | 0 | 0 | 24643.42 | 0 | 0.00 | 0 | 0 |
| 04/04/2018 | | 13.47 | | Misc Payment | | -13.47 | 0 | 13.47 | 0 | 0 | 0 | 24643.42 | 0 | 0.00 | 0 | 0 |
| 04/26/2018 | 357.35 | | | Monthly Assessment | | 343.88 | 0 | 0 | 0 | 0 | 0 | 24643.42 | 0 | 0.00 | 0 | 0 |
| 05/15/2018 | | 92.42 | | Misc Payment | | 251.46 | 0 | 92.42 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 0 | 0 |
| 05/15/2018 | | 251.46 | | Monthly Payment | 05/26/2018 | 0 | 251.46 | 0 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 0 | 0 |
| 05/15/2018 | | 6.12 | | Misc Payment | | -6.12 | 0 | 6.12 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 0 | 0 |
| 05/26/2018 | 357.91 | | | Monthly Assessment | | 351.79 | 0 | 0 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 0 | 0 |
| 06/26/2018 | | | 17.86 | Late Charge Assessment | | 351.79 | 0 | 0 | 0 | 17.86 | 0 | 24391.96 | 0 | 0.00 | 17.86 | 0 |
| 06/26/2018 | 360.73 | | | Monthly Assessment | | 712.52 | 0 | 0 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 17.86 | 0 |
| 07/24/2018 | | | 17.58 | Late Charge Assessment | | 712.52 | 0 | 0 | 0 | 17.58 | 0 | 24391.96 | 0 | 0.00 | 35.44 | 0 |

Official Form 410A                    **Mortgage Proof of Claim Attachment**                    page 1 of 2

# Mortgage Proof of Claim Attachment

(12/15)

Case number: 18-31104

Debtor 1: James M Kudrick

## Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds charges | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Account Activity | | | | How Funds Were Applied/Amount Incurred | | | | Balance After Amount Received or Incurred | | | | |
| 07/24/2018 | 356.71 | | | Monthly Assessment | | 1069.23 | 0 | 0 | | 0 | 0 | 24391.96 | 0 | 0.00 | 35.44 | 0 |
| 08/03/2018 | | 100.33 | | Misc Payment | | 968.9 | 0 | 100.33 | 0 | 0 | 0 | 24391.96 | 0 | 0.00 | 35.44 | 0 |
| 08/03/2018 | | 251.46 | | Monthly Payment | 09/28/2018 | 717.44 | 251.46 | 0 | 0 | 0 | 0 | 24140.5 | 0 | 0.00 | 35.44 | 0 |
| 08/03/2018 | | 0.21 | | Misc Payment | | 717.23 | 0 | 0.21 | 0 | 0 | 0 | 24140.5 | 0 | 0.00 | 35.44 | 0 |
| 08/28/2018 | | | 18.03 | Late Charge Assessment | | 717.23 | 0 | 0 | 0 | 18.03 | 0 | 24140.5 | 0 | 0.00 | 53.47 | 0 |
| 08/28/2018 | 965.4 | | | Monthly Assessment | | 1082.63 | 0 | 0 | 0 | 0 | 0 | 24140.5 | 0 | 0.00 | 53.47 | 0 |
| 08/28/2018 | 364.3 | | | Monthly Assessment | | 1446.93 | 0 | 0 | 0 | 0 | 0 | 24140.5 | 0 | 0.00 | 53.47 | 0 |