Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31104−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M Kudrick
245 Cedar Grove Road
Toms River, NJ 08753

Gloria C Kudrick
aka Gloria C Hosking
245 Cedar Grove Road
Toms River, NJ 08753

Social Security No.:
   xxx−xx−7266                                         xxx−xx−2090

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 11, 2019.

On March 18, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         May 1, 2019
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 20, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-31104-CMG
James M Kudrick                                                     Chapter 13
Gloria C Kudrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Mar 20, 2019
                               Form ID: 185             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
```
db/jdb         +James M Kudrick,    Gloria C Kudrick,    245 Cedar Grove Road,    Toms River, NJ 08753-4346
cr             +BANK OF AMERICA, N.A.,    c/o Frenkel, Lambert, Weiss, Weisman & G,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
518102093       ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518102094       ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                 ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517831181      +Allied Interstate,    3000 Corporate Exchange, 5th Floor,    Columbus, Ohio 43231-7689
517831186     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, Texas 79998-2235)
517892699       BANK OF AMERICA, N.A.,    POB 31785,    Tampa, FL 33631-3785
517831187      +BCA Financial Services,    18001 Old Cutler Rd,    Suite 462,    Miami, FL 33157-6437
517831185      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517907132      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517831188       Best Egg,    4315 Pickett Road,    PO Box 3999,    St. Joseph, MO 64503-0999
517831192      +Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, Florida 32239-5118
517831193       Chase Card Services,    PO Box 15548,    Wilmington, Delaware 19886-5548
517831194      +Citi Simplicity,    PO Box 6500,    Sioux Falls, South Dakota 57117-6500
517831196      +Community Medical Supply,    PO Box 4686,    Route 37 West,    Toms River, New Jersey 08754-4686
517831197      +Convergent,    800 SW 39th St,    PO Box 9004,    Renton, Washington 98057-9004
517831198      +EMA Community Emergency Medical Assoc,    PO Box 6081,    Parsippany, New Jersey 07054-7081
517831199      +FBCS, Inc.,    330 S. Warmister Rd,    Suite 353,    Hatboro, PA 19040-3433
517831200      +First National Bank,    PO Box 3412,    Omaha, Nebraska 68103-0412
517832779      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
517831202      +JHPDE Finance,    c/o Central Credit Services,    PO Box 1259, Dept 126233,    Oaks, PA 19456-1259
517946744      +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
517831207      +MRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517936437       Manufacturers and Traders Trust Company,     c/o Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517831206      +Monarch Recovery Management,    3260 Tillman Ave, Suite 75,    Bensalem, PA 19020-2059
517831209      +Ocean First Cardmember Services,    PO Box 790408,    St. Louis, MO 63179-0408
517831213      +Selip & Stylianou,    199 Crossway Park Dr,    PO Box 363,    Woodbury, NY 11797-0363
517831212      +Selip & Stylianou,    199 Crossways Park Dr,    PO Box 366,    Woodbury, NY 11797-0366
517831214      +State of NJ/Divsion of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, New Jersey 08695-0245
517831215      +Tenaglia & Hunt,    395 West Passaic St,    Suite 205,    Rochelle Park, NJ 07662-3016
517854955      +Toms River MUA,    340 West Water Street,    Toms River, NJ 08753-6533
517831216      +Toms River Municipal Authority,    340 West Water Street,    Toms River, New Jersey 08753-6533
517831218       US Department of Educatio,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville, Texas 75403-5609
517831220       Wawa Credit Card,    PO Box 6139,    Sioux Falls, South Dakota 57117-6139
517920438       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517831221      +Wells Fargo Visa,    PO Box 522,    Des Moines, Iowa 50306-0522
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517862674       E-mail/Text: ally@ebn.phinsolutions.com Mar 20 2019 23:50:06      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517831182      +E-mail/Text: ally@ebn.phinsolutions.com Mar 20 2019 23:50:06      Ally Financial,
                 PO Box 380901,    Bloomington, Minnesota 55438-0901
517831183      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:55:58      Amazon/Synchrony Bank,
                 Bankruptcy Department,    PO Box 965060,    Orlando, Florida 32896-5060
517831184      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:57:12      Ashley Furniture (Synchrony Bank),
                 PO Box 965033,    Orlando, Florida 32896-5033
517831189      +E-mail/Text: cms-bk@cms-collect.com Mar 20 2019 23:50:48      Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517901417       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 23:56:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517831190      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 23:56:11
                 Capital One Bankruptcy,    POBox 30285,    Salt Lake City, Utah 84130-0285
517901416       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2019 23:56:12      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
517831191       E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:57:12      Care Credit/Synchrony Bank,
                 PO Box 965036,    Orlando, Florida 32896-5036
517858409       E-mail/Text: cio.bncmail@irs.gov Mar 20 2019 23:50:29      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia PA 19101-7346
517916731       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2019 23:56:55      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517831203      +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:56:33      Lowes Synchrony Bank,
                 Bankruptcy Dept,    PO Box 965060,    Orlando, Florida 32896-5060
```

```
District/off: 0312-3          User: admin               Page 2 of 3                   Date Rcvd: Mar 20, 2019
                              Form ID: 185              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517869571         E-mail/Text: bkr@cardworks.com Mar 20 2019 23:49:51      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517831208        +E-mail/Text: camanagement@mtb.com Mar 20 2019 23:50:49      MT Bank,    Lending Services,
                  PO Box 900,    Millsboro, Delaware 19966-0900
517831204        +E-mail/Text: bkr@cardworks.com Mar 20 2019 23:49:51      Merrick Bank,    PO Box 9201,
                  Old Bethpage, New York 11804-9001
517831205        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2019 23:51:13      Midland Funding LLC,
                  2365 Northside Drive,    Suite 300,    San Diego, California 92108-2709
517936966        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2019 23:51:13      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517941606         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 00:18:59
                  Portfolio Recovery Associates, LLC,    C/Ocapital One Bank (usa), N.a.,    POB 41067,
                  Norfolk VA 23541
517941769         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 00:19:09
                  Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
517949950         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 00:19:23
                  Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517946108         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 00:19:00
                  Portfolio Recovery Associates, LLC,    c/o Wawa,inc,    POB 41067,    Norfolk VA 23541
517831210        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2019 23:57:24
                  Portfolio Recovey,    120 Corporate Blvd, Ste 100,    Norfolk, Virginia 23502-4952
517832676        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:57:12      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517948934        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:56:31      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517831217        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:57:15      Toys R Us/Synchrony Bank,
                  Bankruptcy Dept,    PO Box 965060,    Orlando, Florida 32896-5060
517935500        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 00:07:53      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517831219        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2019 23:57:12      Walmart/Synchrony Bank,
                  Bankruptcy Department,    PO Box 965060,    Orlando, Florida 32896-5060
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517831195         Client Services, Inc.,   3451 Harry Truman Blvd, St. Charles, MO
517831201*        Internal Revenue Service,    Special Procedures, Bkptcy Section,    PO Box 744,
                  Springfield, New Jersey 07081
517831211*       +Portfolio Recovey,    120 Corporate Blvd, Ste 100,    Norfolk, Virginia 23502-4952
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Kurt E. Reinheimer    on behalf of Debtor James M Kudrick kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Gloria C Kudrick kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Phillip Andrew Raymond    on behalf of Creditor    ABS REO Trust VI as serviced by Select Portfolio
               Servicing, Inc. phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for ABS REO
               TRUST VI bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3           Date Rcvd: Mar 20, 2019
                              Form ID: 185             Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                        TOTAL: 8