UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

Order Filed on April 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Gloria Kudrick

Case No.: 18-31104

Chapter: 13

Judge: CMG

# ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 1, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____300.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____315.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The sum of $ 0.00 needs to be added to your existing plan payment amount of $ 1582.00 in order to avoid any issues concerning your plan being completed in a timely fashion. This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
James M Kudrick  
Gloria C Kudrick  
    Debtors

Case No. 18-31104-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 01, 2019  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db/jdb     +James M Kudrick,    Gloria C Kudrick,    245 Cedar Grove Road,    Toms River, NJ 08753-4346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:

      Albert Russo    docs@russotrustee.com  
      Kurt E. Reinheimer    on behalf of Debtor James M Kudrick kerrein66@comcast.net, G1659@notify.cincompass.com  
      Kurt E. Reinheimer    on behalf of Joint Debtor Gloria C Kudrick kerrein66@comcast.net, G1659@notify.cincompass.com  
      Melissa N. Licker    on behalf of Creditor    ABS REO Trust VI NJ_ECF_Notices@McCalla.com  
      Phillip Andrew Raymond    on behalf of Creditor    ABS REO Trust VI as serviced by Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com  
      R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for ABS REO TRUST VI bankruptcy@feinsuch.com  
      Rebecca Ann Solarz    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB rsolarz@kmllawgroup.com  
      Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                 TOTAL: 9