UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

Order Filed on February 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James and Gloria Kudrick

Case No.:  18-31104

Chapter:  13

Judge:  CMG

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____415.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The sum of $11.00 needs to be added to your existing plan payment amount of $ 1695.00 in order to avoid any issues concerning your plan being completed in a timely fashion. This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                          Case No. 18-31104-CMG
James M Kudrick                                                 Chapter 13
Gloria C Kudrick
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
db/jdb         +James M Kudrick,    Gloria C Kudrick,    245 Cedar Grove Road,    Toms River, NJ 08753-4346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Douglas J. McDonough    on behalf of Creditor   ABS Loan Trust VI DMcDonough@flwlaw.com
              Douglas J. McDonough    on behalf of Creditor   ABS REO Trust VI DMcDonough@flwlaw.com
              Jill Manzo    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for ABS REO
               TRUST VI bankruptcy@feinsuch.com
              Jill Manzo    on behalf of Creditor   ABS REO Trust VI as serviced by Select Portfolio Servicing,
               Inc. bankruptcy@feinsuch.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Gloria C Kudrick kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Debtor James M Kudrick kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Melissa N. Licker    on behalf of Creditor   ABS REO Trust VI NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor   ABS REO Trust VI as serviced by Select Portfolio
               Servicing, Inc. phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for ABS REO
               TRUST VI bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13