| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Kurt E. Reinheimer, Esq.<br>Reinheimer & Reinheimer<br>2494 Moore Road, Suite 4<br>Toms River, NJ 08753 | |
| In Re:<br>James M. Kudrick & Gloria C. Kudrick | Case No.:  18-31104<br>Chapter:  13<br>Judge:  CMG |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Kurt E. Reinheimer, Esq.__ will be substituted as attorney of record for __James M. Kudrick__, __Gloria C. Kudrick__ in this case.[1]

Date: 07/09/2021

_____
Signature of Former Attorney

Date: 07/09/2021   8/24/21

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.