Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31104−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M Kudrick  
245 Cedar Grove Road  
Toms River, NJ 08753

Gloria C Kudrick  
aka Gloria C Hosking  
245 Cedar Grove Road  
Toms River, NJ 08753

Social Security No.:
    xxx−xx−7266                                                                    xxx−xx−2090

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: James M Kudrick and Gloria C Kudrick
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 26, 2023
JAN: wdr

Jeanne Naughton, Clerk