Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31104−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James M Kudrick
245 Cedar Grove Road
Toms River, NJ 08753

Gloria C Kudrick
aka Gloria C Hosking
245 Cedar Grove Road
Toms River, NJ 08753

Social Security No.:
xxx−xx−7266                                         xxx−xx−2090

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>James M Kudrick and Gloria C Kudrick</u>
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 26, 2023
JAN: wdr

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:  
James M Kudrick  
Gloria C Kudrick  
    Debtors

Case No. 18-31104-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 26, 2023     Form ID: ntcfncur     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M Kudrick, Gloria C Kudrick, 245 Cedar Grove Road, Toms River, NJ 08753-4346 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor CSMC 2021-JR2 Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor ABS REO Trust VI dmcdonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor ABS Loan Trust VI dmcdonough@flwlaw.com |

Case 18-31104-CMG    Doc 60    Filed 10/28/23    Entered 10/29/23 00:15:01    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: ntcfncur | Total Noticed: 1 |

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for CSMC 2021-JR2 Trust jmanzo@spinellalawgroup.com

Jill Manzo
    on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. jmanzo@spinellalawgroup.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO TRUST VI jmanzo@spinellalawgroup.com

Jill Manzo
    on behalf of Creditor CSMC 2021-JR2 Trust jmanzo@spinellalawgroup.com

John Michael McDonnell
    on behalf of Debtor James M Kudrick jmcdonnell@mchfirm.com

John Michael McDonnell
    on behalf of Joint Debtor Gloria C Kudrick jmcdonnell@mchfirm.com

Melissa N. Licker
    on behalf of Creditor ABS REO Trust VI mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO TRUST VI bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor ABS Loan Trust VI bankruptcy@fskslaw.com

Sean O'Brien
    on behalf of Creditor BANK OF AMERICA  N.A. sean@piekarski-law.com

Tammy L. Terrell
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for CSMC 2021-JR2 Trust bankruptcy@fskslaw.com

Tammy L. Terrell
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO TRUST VI bankruptcy@fskslaw.com

Tammy L. Terrell
    on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. bankruptcy@fskslaw.com

Tammy L. Terrell
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for CSMC 2021-JR2 Trust bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 21