UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>James M. Kudrick & Gloria C. Kudrick,<br><br>            Debtors. | Case No.:   18-31104 (CMG)<br><br>Chapter:   13<br><br>Judge:   Christine M. Gravelle |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Gloria C. Kudrick                              , debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts
   payable under court order or statute that were due on or before the date of this
   certification.

I certify under penalty of perjury that the above is true.

Date: _1-29-24_                         _Gloria J. Kudrick_
                                        Debtor's Signature

**IMPORTANT**:
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*