| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James M Kudrick<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7266<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Gloria C Kudrick<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2090<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–31104–CMG | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James M Kudrick                             Gloria C Kudrick
                                            aka Gloria C Hosking

1/30/24                                     **By the court:** Christine M. Gravelle
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-31104-CMG |
| James M Kudrick | Chapter 13 |
| Gloria C Kudrick | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James M Kudrick, Gloria C Kudrick, 245 Cedar Grove Road, Toms River, NJ 08753-4346 |
| cr | + | BANK OF AMERICA, N.A., c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| cr | + | Select Portfolio Servicing, Inc. as servicer for C, FEIN SUCH KAHN & SHEPARD, P.C., 7 CENTURY DRIVE, SUITE 201, PARSIPPANY, NJ 07054-4673 |
| cr | + | Select Portfolio Servicing, Inc., as servicer for, FEIN, SUCH, KAHN & SHEPARD, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 518102094 | | ABS REO Trust VI, et. al., P.O. Box 65250, Salt Lake City, UT 84165-0250, ABS REO Trust VI, et. al., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 518102093 | | ABS REO Trust VI, et. al., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517831181 | + | Allied Interstate, 3000 Corporate Exchange, 5th Floor, Columbus, Ohio 43231-7689 |
| 519987975 | + | CSMC 2021-JR2 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 517831192 | + | Central Credit Services, Inc., PO Box 15118, Jacksonville, Florida 32239-5118 |
| 517831196 | + | Community Medical Supply, PO Box 4686 , Route 37 West, Toms River, New Jersey 08754-4686 |
| 517831198 | + | EMA Community Emergency Medical Assoc, PO Box 6081, Parsippany, New Jersey 07054-7081 |
| 517831202 | + | JHPDE Finance, c/o Central Credit Services, PO Box 1259, Dept 126233, Oaks, PA 19456-1259 |
| 517831209 | + | Ocean First Cardmember Services, PO Box 790408, St. Louis, MO 63179-0408 |
| 517831212 | + | Selip & Stylianou, 199 Crossways Park Dr, PO Box 366, Woodbury, NY 11797-0366 |
| 517831213 | + | Selip & Stylianou, 199 Crossway Park Dr, PO Box 363, Woodbury, NY 11797-0363 |
| 517854955 | + | Toms River MUA, 340 West Water Street, Toms River, NJ 08753-6533 |
| 517831216 | + | Toms River Municipal Authority, 340 West Water Street, Toms River, New Jersey 08753-6533 |
| 517831220 | | Wawa Credit Card, PO Box 6139, Sioux Falls, South Dakota 57117-6139 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 30 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 30 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517862674 | | EDI: GMACFS.COM | Jan 31 2024 01:42:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260221 | + | EDI: AISACG.COM | Jan 31 2024 01:42:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517831182 | + | EDI: GMACFS.COM | Jan 31 2024 01:42:00 | Ally Financial, PO Box 380901, Bloomington, Minnesota 55438-0901 |
| 517831183 | + | EDI: SYNC | Jan 31 2024 01:42:00 | Amazon/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, Florida 32896-5060 |
| 517831184 | + | EDI: SYNC | Jan 31 2024 01:42:00 | Ashley Furniture (Synchrony Bank), PO Box |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 965033, Orlando, Florida 32896-5033 |
| 517831186 | | EDI: BANKAMER | Jan 31 2024 01:42:00 | Bank of America, P.O. Box 982235, El Paso, Texas 79998-2235 |
| 517892699 | | EDI: BANKAMER | Jan 31 2024 01:42:00 | BANK OF AMERICA, N.A., POB 31785, Tampa, FL 33631-3785 |
| 517831187 | ^ | MEBN | Jan 30 2024 20:50:00 | BCA Financial Services, 18001 Old Cutler Rd, Suite 462, Miami, FL 33157-6437 |
| 517831185 | + | EDI: BANKAMER | Jan 31 2024 01:42:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 517907132 | + | EDI: BANKAMER2 | Jan 31 2024 01:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517831188 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 30 2024 20:59:09 | Best Egg, 4315 Pickett Road, PO Box 3999, St. Joseph, MO 64503-0999 |
| 517831189 | + | Email/Text: cms-bk@cms-collect.com | Jan 30 2024 20:56:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 517901417 | | EDI: CAPITALONE.COM | Jan 31 2024 01:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517831190 | + | EDI: CAPITALONE.COM | Jan 31 2024 01:42:00 | Capital One Bankruptcy, POBox 30285, Salt Lake City, Utah 84130-0285 |
| 517901416 | | EDI: CAPITALONE.COM | Jan 31 2024 01:42:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517831191 | | EDI: SYNC | Jan 31 2024 01:42:00 | Care Credit/Synchrony Bank, PO Box 965036, Orlando, Florida 32896-5036 |
| 517831194 | + | EDI: CITICORP | Jan 31 2024 01:42:00 | Citi Simplicity, PO Box 6500, Sioux Falls, South Dakota 57117-6500 |
| 517831197 | + | EDI: CONVERGENT.COM | Jan 31 2024 01:42:00 | Convergent, 800 SW 39th St, PO Box 9004, Renton, Washington 98057-9004 |
| 517858409 | | EDI: IRS.COM | Jan 31 2024 01:42:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 517831199 | | Email/Text: bknotices@fbcs-inc.com | Jan 30 2024 20:56:00 | FBCS, Inc., 330 S. Warmister Rd, Suite 353, Hatboro, PA 19040 |
| 517831200 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 30 2024 20:56:00 | First National Bank, PO Box 3412, Omaha, Nebraska 68103-3412 |
| 517832779 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 30 2024 20:56:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 517831193 | | EDI: JPMORGANCHASE | Jan 31 2024 01:42:00 | Chase Card Services, PO Box 15548, Wilmington, Delaware 19886-5548 |
| 517916731 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 20:59:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517831203 | + | EDI: SYNC | Jan 31 2024 01:42:00 | Lowes Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, Florida 32896-5060 |
| 517946744 | + | Email/Text: camanagement@mtb.com | Jan 30 2024 20:56:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 517869571 | | Email/PDF: CreditorBK@Resurgent.com | Jan 30 2024 20:59:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517831206 | | Email/Text: compliance@monarchrm.com | Jan 30 2024 20:56:00 | Monarch Recovery Management, 3260 Tillman Ave, Suite 75, Bensalem, PA 19020 |
| 517831207 | ^ | MEBN | Jan 30 2024 20:50:18 | MRS, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517831208 | + | Email/Text: camanagement@mtb.com | | |

Case 18-31104-CMG    Doc 68    Filed 02/01/24    Entered 02/02/24 00:18:19    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 69 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2024 20:56:00 | MT Bank, Lending Services, PO Box 900, Millsboro, Delaware 19966-0900 |
| 517936437 | | EDI: BANKAMER | Jan 31 2024 01:42:00 | Manufacturers and Traders Trust Company, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517831204 | + | Email/PDF: CreditorBK@Resurgent.com | Jan 30 2024 20:59:17 | Merrick Bank, PO Box 9201, Old Bethpage, New York 11804-9001 |
| 517936966 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 20:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517831205 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 20:56:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, California 92108-2710 |
| 517941606 | | EDI: PRA.COM | Jan 31 2024 01:42:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517941769 | | EDI: PRA.COM | Jan 31 2024 01:42:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517949950 | | EDI: PRA.COM | Jan 31 2024 01:42:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517946108 | | EDI: PRA.COM | Jan 31 2024 01:42:00 | Portfolio Recovery Associates, LLC, c/o Wawa,inc, POB 41067, Norfolk VA 23541 |
| 517831210 | + | EDI: PRA.COM | Jan 31 2024 01:42:00 | Portfolio Recovey, 120 Corporate Blvd, Ste 100, Norfolk, Virginia 23502-4952 |
| 517831214 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 30 2024 20:55:00 | State of NJ/Divsion of Taxation, Bankruptcy Section, PO Box 245, Trenton, New Jersey 08695-0245 |
| 517832676 | + | EDI: AIS.COM | Jan 31 2024 01:42:00 | Synchrony Bank, c/o of AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517948934 | + | EDI: AIS.COM | Jan 31 2024 01:42:00 | Synchrony Bank, c/o AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517831215 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jan 30 2024 20:56:00 | Tenaglia & Hunt, 395 West Passaic St, Suite 205, Rochelle Park, NJ 07662-3016 |
| 517831217 | + | EDI: SYNC | Jan 31 2024 01:42:00 | Toys R Us/Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, Florida 32896-5060 |
| 517831218 | | Email/Text: EDBKNotices@ecmc.org | Jan 30 2024 20:55:00 | US Department of Educatio, Direct Loan Servicing Center, PO Box 5609, Greenville, Texas 75403-5609 |
| 517935500 | + | EDI: AIS.COM | Jan 31 2024 01:42:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517831219 | + | EDI: SYNC | Jan 31 2024 01:42:00 | Walmart/Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, Florida 32896-5060 |
| 517920438 | | EDI: WFFC2 | Jan 31 2024 01:42:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517831221 | + | EDI: WFFC2 | Jan 31 2024 01:42:00 | Wells Fargo Visa, PO Box 522, Des Moines, Iowa 50306-0522 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517831195 | | Client Services, Inc., 3451 Harry Truman Blvd, St. Charles, MO |

Case 18-31104-CMG    Doc 68    Filed 02/01/24    Entered 02/02/24 00:18:19    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 69 |

| cr | *+ | CSMC 2021-JR2 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 517831201 | * | Internal Revenue Service, Special Procedures, Bkptcy Section, PO Box 744, Springfield, New Jersey 07081 |
| 517831211 | *+ | Portfolio Recovey, 120 Corporate Blvd, Ste 100, Norfolk, Virginia 23502-4952 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor CSMC 2021-JR2 Trust ajennings@raslg.com

Denise E. Carlon
on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK  FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor ABS Loan Trust VI dmcdonough@flwlaw.com

Douglas J. McDonough
on behalf of Creditor ABS REO Trust VI dmcdonough@flwlaw.com

John Michael McDonnell
on behalf of Debtor James M Kudrick jmcdonnell@mchfirm.com

John Michael McDonnell
on behalf of Joint Debtor Gloria C Kudrick jmcdonnell@mchfirm.com

Melissa N. Licker
on behalf of Creditor ABS REO Trust VI mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

R. A. Lebron
on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO TRUST VI bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for CSMC 2021-JR2 Trust bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor CSMC 2021-JR2 Trust bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor ABS Loan Trust VI bankruptcy@fskslaw.com

Sean O'Brien
on behalf of Creditor BANK OF AMERICA  N.A. sean.obrien.1108@gmail.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 30, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | |
|---|---|
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for CSMC 2021-JR2 Trust bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for CSMC 2021-JR2 Trust bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for ABS REO TRUST VI bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor ABS REO Trust VI as serviced by Select Portfolio Servicing  Inc. bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20